# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH LAMONT VEALS, | Case No. CV 12-1123 RGK (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 30, 2012         _____
                                                    HON. R. GARY KLAUSNER
                                                    UNITED STATES DISTRICT JUDGE