# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH LAMONT VEALS,<br><br>             Petitioner,<br><br>   v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>             Respondent. | Case No. CV 12-1123 RGK (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 30, 2012     _____
                                    HON. R. GARY KLAUSNER
                                UNITED STATES DISTRICT JUDGE